1
2
3
4
5

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Allan J. Ricks, | No. CV-10-01543-PHX-ROS |
| Plaintiff, | **ORDER** |
| vs. | |
| Arizona State Credit Union; et. al., | |
| Defendants. | |

On January 12, 2011, the Court denied Plaintiff's motions for remand, granted Defendants' motion to dismiss, and ordered Plaintiff to "file a motion for leave to amend his complaint on or before January 26, 2011." (Doc. 22). The Court also ordered, "If no such motion for leave to amend is filed, the Clerk of the Court shall dismiss this action with prejudice without further order from the Court." (Doc. 22). On January 26, 2011, Plaintiff filed a notice of interlocutory appeal regarding: the denial of Plaintiff's motion to remand; the denial of Plaintiff's motion for an "exigency hearing" on the motion for remand, and the Court's order requiring Plaintiff file a motion to amend. (Doc. 23). This interlocutory appeal does not delay the case. Plaintiff failed to comply with the Court-ordered deadline. Due to his *pro se* status, Plaintiff will be given one final opportunity file a motion to amend his complaint.

1  Accordingly,

2  **IT IS ORDERED** Plaintiff shall file a motion to amend his complaint on or before
3  **March 18, 2011**. If no such motion for leave to amend is filed, the **Clerk of the Court** shall
4  dismiss this action with prejudice without further order from the Court.

5  DATED this 2nd day of March, 2011.

_____
Roslyn O. Silver
Chief United States District Judge